# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Winnier, Odessa | Docket No. | 0980 1:20CR02041-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Odessa Winnier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of November 2020, under the following conditions:

Special Condition #5: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

Special Condition #7: Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Ms. Winnier is alleged to be in violation of pretrial release conditions by failing to attend her chemical dependency treatment groups at Merit Resource Services (Merit) on January 12, 13, and 14, 2021.

Per COVID-19 procedures, conditions of pretrial release were reviewed and virtually signed on December 15, 2020, acknowledging an understanding of her pretrial release conditions including special condition number 5.

On January 15, 2021, this officer contacted Merit requesting an update on Ms. Winnier's progress while in treatment. Per the clinical supervisor in the Sunnyside, Washington, office, Ms. Winnier was admitted into treatment on December 30, 2020. Ms. Winnier was to start groups on January 5, 2021; however she contacted her treatment counselor and stated she was not able to access her Internet or utilize Zoom (the virtual program used for groups). Per Merit, they gave Ms. Winnier until January 12, 2021, to see if she was able to fix her Internet connection. On January 12, 2021, Ms. Winner met with her treatment counselor prior to group, and stated the cable company was unable to fix her Internet connection due to the COVID-19 pandemic. At that time, Ms. Winner was given a telephone number to call where she could participate in group via her cellular telephone. Per Merit, Ms. Winner did not call or attend her treatment groups January 12, 13, or 14, 2021.

Violation #2: Ms. Winnier is alleged to be in violation of her pretrial release conditions by failing to submit a random urinalysis at Merit as directed on January 13, 2021.

Per COVID-19 procedures, conditions of pretrial release were reviewed and virtually signed on December 15, 2020, acknowledging an understanding of her pretrial release conditions including special condition number 7.

On January 14, 2021, this officer received a status report via email from Merit advising Ms. Winnier failed to show for her random color line urinalysis test on January 13, 2021. On January 14, 2021, this officer made multiple attempts to call, text and email Ms. Winnier beginning at 11 a.m. and ending at 5 p.m. This officer also attempted to contact Ms. Winnier's family members to include her uncle (voice message left), her aunt (no voicemail set up) and her mother. In addition, this officer sent a text message to the last known phone number for her child's father. At 1 p.m. this officer made contact with Ms. Winnier's mother who advised she would "try" to get a message to Ms. Winnier. To be noted, Ms. Winnier's listed address is with her mother and grandmother. Ms. Winnier did not contact this officer on January 14, 2021.

PS-8

Re: Winnier, Odessa
January 15, 2021
Page 2

On January 15, 2021, this officer attempted to contact Ms. Winnier again; however, she does not have voicemail set up on her cellular telephone. This officer again sent Ms. Winnier an email and sent text messages to Ms. Winnier's mother and Ms. Winner this date. This officer reached out to Ms. Winnier's aunt via telephone, who stated she would attempt to contact Ms. Winnier and her mother to let her know she needs to call this officer. Immediately after speaking to Ms. Winnier's aunt, Ms. Winnier's mother sent this officer a text message requesting we not contact her aunt and uncle and requested we remove their information from our system. This officer advised Ms. Winnier's mother the defendant listed these family members as contacts and advised the Court her uncle would provide support and transportation for her. Ms. Winnier's mother replied via text message stating she understood however, other family members don't want messages or texts regarding the defendant as they do not live with them. Ms. Winnier's mother further indicated the defendant has not been home and her cellular telephone is off. This officer responded asking if Ms. Winnier was living at her listed address. She confirmed she is residing with Ms. Winnier, however, she has not been home. As of the submission of this report, Ms. Winnier has failed to contact this officer and her whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2021

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke* (signature)

Signature of Judicial Officer
1/15/2021
Date