UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Winnier, Odessa | Docket No. | 0980 1:20CR02041-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Odessa Winnier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of November 2020, under the following conditions:

Standard Condition #1: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

Standard Condition #5: Defendant shall not possess a firearm, destructive device or any dangerous weapons.

Special Condition #6: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #3: Ms. Winnier is alleged to be in violation of her pretrial release conditions by failing to obey all laws on January 31, 2021, by allegedly committing the following: driving under the influence (case number 1A0162785), reckless endangerment (case number 1A0162787), and driving while license suspended/revoked (case number 1A0162788).

Violation #4: Ms. Winnier is alleged to be in violation of her pretrial release conditions by possessing a firearm on January 31, 2021.

Violation #5: Ms. Winnier is alleged to be in violation of her pretrial release conditions by consuming alcohol on January 31, 2021.

Per COVID-19 procedures, conditions of pretrial release were reviewed and virtually signed by Ms. Winnier on December 15, 2020, acknowledging an understanding of her pretrial release conditions including standard and special conditions as noted above.

On January 31, 2021, Ms. Winnier was arrested and booked into the Yakima County Jail. According to the Washington State Patrol (WSP) report, on January 31, 2021, a WSP trooper was traveling eastbound on Interstate 82 approaching the Buena Road exit in Yakima County. He stated he had recently moved over to the right lane to take the exit when he observed two vehicles westbound passing under the overpass. The vehicle in front appeared to be traveling at a very high rate of speed and seemed to be strongly pulling away from the second vehicle. He activated his radar in the oncoming traffic moving mode and observed a reading of 102 miles per hour (mph) in the 70 mph zone. The trooper stated he cut through the grass median to turn back westbound and attempt to catch up to the vehicle. He observed that despite accelerating hard, the vehicle was still pulling away, approaching the curves between mileposts 47 and 48. The WSP trooper stated he was finally able to catch up to the vehicle and initiated his emergency lights. The vehicle signaled and moved over to the right shoulder, but still had the driver's side tires on the white line and partially in the right lane. The WSP trooper stated he made contact with the vehicle on the passenger side and observed a strong and obvious odor of intoxicants from within the vehicle. The driver, later identified as Ms. Winnier, had bloodshot and watery eyes with a flushed face. He noted the passenger just had watery eyes. The trooper stated he observed across the backseats, two unopened bottles of Modelo (beer). The WSP trooper stated he asked Ms. Winnier why she was driving so fast; he stated he intentionally left out how fast he observed her, to hear what

PS-8
Re: Winnier, Odessa
February 2, 2021
Page 2

she would state. Ms. Winnier stated that she had been traveling at about 75 mph. The trooper stated that she was not telling the truth because he observed her in excess of 100 mph. The trooper stated Ms. Winnier did not argue and appeared to agree with him. The trooper stated he asked Ms. Winnier for her identification. Ms. Winnier stated that they were coming from the Tri Cities, Washington, area. He stated he then asked the passenger and Ms. Winnier if they were driving back to Yakima, they both said "yeah" at the same time. Ms. Winnier provided him with her Yakama Nation Tribal identification card and stated that she did not have a valid driver's license. The trooper asked Ms. Winnier how much alcohol she had consumed, which she said she had 2-3 beers a few hours beforehand. He then asked if she had been drinking the Modelo (beer) that was observed in the vehicle while she was driving, which she stated she had not. According to the trooper, he conducted several field sobriety tests, which Ms. Winnier failed. He noted she submitted a voluntary preliminary breath test (PBT) which read .08. The trooper shared, while Ms. Winnier was being handcuffed, her aunt arrived to pick up her vehicle. He stated he looked inside the vehicle and observed a black backpack behind the drivers seat. The trooper stated he asked Ms. Winnier's occupant if the backpack was hers and she denied ownership. He stated Ms. Winnier admitted the backpack was hers. The trooper stated he retrieved the backpack which had a firearm inside. According to the Trooper, Ms. Winnier stated she had taken the firearm from someone but would not provide the information as to who. The pistol found was a tan and black .45 caliber Tanfoglio EAA Witness with a serial number of EA74132. The WSP trooper stated he contacted his dispatch who advised they could not receive a return for the firearm, and it was not registered. The officer noted, without the firearm being reported stolen or a potential victim, he could not charge Ms. Winnier for possession of a stolen firearm. Ms. Winnier does not have a Concealed Pistol License (CPL) and the officer stated she did not know what a CPL was. Ms. Winnier was arrested and booked into the Yakima County Jail.

PRAYING THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATIONS WITH THE PENDING PETITION BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 2, 2021

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

2/3/2021

Date