UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Winnier, Odessa | Docket No. | 0980 1:20CR02041-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Odessa Winnier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 25th day of November 2020. On the 29th day of March 2021, Ms. Winnier was again before Your Honor and placed under additional conditions of release as follows:

Special Condition #12 (ECF.56): GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office

Special Condition #13 (ECF. 56): Home Detention: Defendant shall be restricted to Defendant's residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Ms. Winnier is alleged to be in violation of pretrial release conditions by deviating from her approved location monitoring schedule on April 17, 2021.

Per COVID-19 procedures, initial conditions of release were reviewed and virtually signed by Ms. Winnier on December 15, 2020. On March 30, 2021, the additional conditions of release were signed by Ms. Winnier (in person) acknowledging an understanding of her pretrial release conditions including special conditions number 12 and 13.

On April 14, 2021, Ms. Winnier contacted this officer via telephone advising her son's birthday was on April 23, 2021, and due to her inpatient treatment admission date set for April 23, 2021, she requested permission to have a birthday party for him on April 17, 2021, in Wapato, Washington, at Lion's Park. Ms. Winnier requested a leave time of 12:30 p.m. and a return time of 9 p.m. This officer granted her request, as Ms Winnier is residing in Richland, Washington, which is approximately 1 hour from Wapato Washington.

On April 17, 2021, at 9 p.m., this officer received an alert from the BI Total Access monitoring program (BI), which Ms. Winnier is under for her global positioning satellite (GPS) device, advising she failed to enter her residence as scheduled at 9 p.m. This officer contacted Ms. Winnier on her cellular telephone asking why she did not return home as instructed. Ms. Winnier stated she had to wait for the company who delivered her son's blow up bouncy house to pick it up. Per the BI Total Access program, Ms. Winnier arrived home at 9:25 p.m.

On April 17, 2021, this officer reviewed Ms. Winnier's whereabouts from the day in BI. While reviewing Ms. Winnier's whereabouts, this officer observed nine locations throughout the day where Ms. Winnier was located. These locations were not approved. Beginning at 2:12 p.m. Ms. Winnier was observed at 1850 Waneta Road in Sunnyside, Washington, which is a gas station. At 2:50 p.m. Ms. Winnier was observed at 801 West 1st Avenue in Toppenish, Washington, which is a Safeway. At approximately 7 p.m. Ms. Winnier was observed at the Dollar Tree located at 109 West 1st Street in Wapato. At approximately 7:12 p.m. Ms. Winnier was observed at 301 West 1st Street in Wapato, which is a car wash. At 7:40 p.m. Ms. Winnier was observed at 514 West 1st Street in Wapato, at the International Market (grocery store). At approximately 7:50 p.m. Ms. Winnier was observed at a residence located at 151 Progressive Road in Wapato. Between the hours of 8 p.m.

**Re: Winnier, Odessa**
**April 20, 2021**
**Page 2**

and 8:26 p.m., Ms. Winnier was observed at 61 West Wapato Road at the Wolf Den convenience store and gas station in Wapato. She was observed at 65071 US-97 in Toppenish, which is a private residence, and at 710 North Fir Street in Toppenish, which is also a private residence. Ms. Winnier arrived home in Richland at 9:25 p.m. To be noted, Ms. Winnier was observed at Lion's Park, located at 100 French Lane in Wapato, from approximately 3 p.m. to 6:30 p.m.

On April 17, 2021, at 9:30 p.m. this officer again made contact with Ms. Winnier on her cellular telephone asking about the above-noted deviations during her approved leave. Ms. Winnier did not have an explanation regarding her whereabouts.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2021

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*
Signature of Judicial Officer

4/21/2021
Date