# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Winnier, Odessa | Docket No. | 0980 1:20CR02041-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Odessa Winnier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 25th day of November 2020, under the following conditions:

Special Condition #5: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #2: Ms. Winnier is alleged to be in violation of pretrial release conditions by aborting inpatient treatment at Inspirations treatment facility on May 2, 2021.

Per COVID-19 procedures, conditions of pretrial release were reviewed and virtually signed by Ms. Winnier on December 15, 2020, acknowledging an understanding of her pretrial release conditions including special condition number 5.

On April 23, 2021, Ms. Winnier entered into inpatient treatment at Inspirations through Triumph Treatment Services. This officer confirmed Ms. Winnier's arrival to this facility on April 23, 2021.

On May 2, 2021, this officer received a voice message from Ms. Winnier's assigned chemical dependency provider (CDP) at Inspirations advising that Ms. Winnier had left their treatment facility against their recommendations. Per Ms. Winnier's CDP, Ms. Winnier requested the release of information for this officer be revoked so the treatment facility could not inform this officer of her departure; however, prior to leaving, she did not complete the necessary paperwork and, therefore, the CDP was able to inform this officer of her departure.

On May 2, 2021, this officer attempted to contact Ms. Winnier several times. This officer was able to make contact with Ms. Winnier's sister who advised she would attempt to locate Ms. Winnier and have her contact this officer.

To be noted, this is a corrected violation petition regarding the alleged violation sequence. See ECF. 68 for comparison. As of the submission of this corrected petition, the warrant issued by the Court on May 3, 2021, remains active.

     PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PETITION PENDING BEFORE THE COURT AND ISSUE A WARRANT

PS-8
Re: Winnier, Odessa
May 24, 2021
Page 2

                              I declare under the penalty of perjury that the foregoing is true and correct.

                              Executed on:   May 24, 2021

by   s/Linda J. Leavitt

                              Linda J. Leavitt
                              U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

                              *M. K. Dimke*

                              Signature of Judicial Officer

                              5/27/2021

                              Date