PROB 12C
(6/16)

Report Date: April 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Odessa Winnier     Case Number: 0980 1:20CR02041-SAB-1

Address of Offender: ███████████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 21, 2022

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - Time Served (211 days)     Type of Supervision: Supervised Release
TSR - 3 years

Asst. U.S. Attorney: Frances E. Walker     Date Supervision Commenced: September 26, 2022

Defense Attorney: Mike William Lynch     Date Supervision Expires: September 25, 2025

## PETITIONING THE COURT

To issue a warrant.

On September 26, 2022, supervised release conditions were reviewed with Ms. Winnier. Ms. Winnier signed her conditions of release acknowledging an understanding of her of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by consuming cocaine on or about February 6, 2023.

On February 7, 2023, this officer received email notification from Mr. Winnier's Yakima County probation officer advising she submitted a random drug test on February 6, 2023, which tested presumptive positive for cocaine. According to Ms. Winnier's county probation officer, Ms. Winnier stated she consumed Nyquil and was around her grandmother who consumes marijuana. She denied cocaine use.

On February 10, 2023, Ms. Winnier reported to this officer. When asked about her pending drug test with her county probation officer, she stated she "touched" cocaine and it "can enter your body through sweat." Results were received from Cordant Laboratory on February 13, 2023, confirming a positive reading for cocaine.

Prob12C
Re: Winnier, Odessa
April 7, 2023
Page 2

2  **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by failing to follow treatment recommendations from Merit Resource Services (Merit) since October 5, 2022.

On October 5, 2022, Ms. Winnier completed a substance abuse evaluation with Merit Resource Services. Ms. Winnier was recommended to enter Level 1.0, outpatient treatment groups. At that time, Ms. Winnier stated she was moving to Tacoma, Washington, and she would follow up with services there. Since the above-noted recommendation, Ms. Winnier did not move and has failed to enter substance abuse counseling.

Based on the confirmed positive drug test dated February 13, 2023, this officer directed Ms. Winnier to secure a new/updated substance abuse evaluation by March 8, 2023, at Merit, which Ms. Winnier completed. Ms. Winnier had a follow up appointment scheduled for March 22, 2023; however, the treatment provider rescheduled the appointment to March 23, 2023.

On March 22, 2023, this officer contacted Ms. Winnier via text message to advise her appointment had been rescheduled to March 23, 2023; she confirmed she would attend. On March 23, 2023, this officer made telephone contact with Merit who advised Ms. Winnier showed for her appointment, but stated she could not stay due to having an appointment for her children. Her appointment was rescheduled to April 7, 2023.

On April 7, 2023, this officer received a telephone call from Merit advising Ms. Winnier was a no show for her rescheduled appointment. Per the treatment provider, her staff attempted to call Ms. Winner on April 6, 2023, without a response, and the treatment provider advised she attempted to call Ms. Winner after her missed appointment on April 7, 2023, without a response.

3  **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by failing to show for random drug testing as directed on March 21, 2023.

On March 22, 2023, this officer received notice from Merit advising that Ms. Winnier failed to show for her random colorline drug test as scheduled on March 21, 2023. Ms. Winnier is to be calling the Merit random colorline testing program phone number Monday through Friday, and when her color is called, she is to submit to a random drug test that day. Ms. Winnier is subject to three random drug tests per month. On March 23, 2023, this officer met with Ms. Winnier in the probation office. Ms. Winnier stated she checked the color for the day on March 21, 2023, however, it was very early in the morning. This officer reminded Ms. Winnier the color does not get changed from the previous day until after 8 a.m.

Prob12C
**Re: Winnier, Odessa**
**April 7, 2023**
**Page 3**

| | | |
|---|---|---|
| | 4 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by failing to show for random drug testing as directed on April 5, 2023.

On April 6, 2023, this officer received notice from Merit advising that Ms. Winnier failed to show for her random colorline drug test as scheduled on April 5, 2023. Ms. Winnier is to be calling the Merit random colorline testing program phone number Monday through Friday, and when her color is called, she is to submit to a random drug test within that day.

This officer attempted to contact Ms. Winner via her cellular telephone and text messages beginning at 10:30 a.m. and ending at 4 p.m. on April 6, 2023, without a response. This officer also called Ms. Winnier's mother and sent an email to Ms. Winnier's aunt requesting they have her contact this officer. As of the submission of this report, Ms. Winnier has failed to make contact with this officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/07/2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

4/7/2023
Date