# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2023

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Winnier, Odessa | Docket No. | 0980 1:20CR02041-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Odessa Winnier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 13th day of September 2023 under the following conditions:

**Release Condition:** GPS (Global Positioning System) Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Unites States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 13, 2023, a U.S. probation officer reviewed with the Ms. Winnier all the conditions of release, she acknowledged a full understanding of all her conditions, to include the special conditions of release, as noted above.

**Violation #1:** Odessa Winnier is alleged to be in violation of his pretrial release conditions by tampering with her location monitoring GPS tracker device on or before September 19, 2023.

On September 19, 2023, Ms. Winnier reported to the probation office as instructed. During this office visit, this officer inspected the GPS tracker device and discovered holes had been punctured on the security clips that secure the strap to the GPS tracker device. Ms. Winnier was questioned about this to which she reported she did not know how this happened and that it might be from bumping the GPS tracker on something. The holes punctured into the security clips are consistent with intentional tampering with the unit and are not normal wear and tear.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   September 19, 2023 |
| by | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8
**Re: Winnier, Odessa**
**September 19, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

September 19, 2023
_____
Date