PROB 12C
(6/16)

Report Date: June 14, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Odessa Winnier                     Case Number: 0980 1:20CR02041-SAB-1

Address of Offender:           White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 21, 2022

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Time Served (211 days)<br>TSR - 3 years | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(7/26/2023) | Time Served (27 days)<br>TSR - 35 months | |
| Revocation Sentence:<br>(10/3/2023) | Time Served (14 days)<br>TSR- 35 months | |
| Asst. U.S. Attorney: | Bree R. Black Horse | Date Supervision Commenced: October 4, 2023 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: September 3, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On October 5, 2023, supervised release conditions were reviewed with Ms. Winnier. Ms. Winnier signed her conditions of supervised release acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by entering into an establishment where alcohol is the primary item or sale on/or before June 13, 2024. |

Prob12C
**Re: Winnier, Odessa**
**June 14, 2024**
**Page 2**

A summary of the Yakima Police Department (YPD) incident report 24Y018257, reflects that on June 13, 2024, YPD was dispatched to Memorial Hospital in Yakima, regarding an assault. YPD contacted Ms. Winnier at the hospital. She was reluctant to give her name and stated she did not want to speak with YPD because she was on federal probation.

While Ms. Winner was speaking with YPD, she stated she went to Brews and Cues with her cousin and spent time there playing darts. Ms. Winner explained that her cousin was very drunk and they were not getting along. After leaving Brews and Cues, Ms. Winner was dropped off at her car. As Ms. Winner was walking to her car, she reported she was assaulted with a knife by an unknown male. Ms. Winner then drove herself to the hospital for medical treatment.

Ms. Winner told YPD several times she did not want to talk and did not want her name to come up anywhere in a report. Ms. Winner said she did not want to violate her probation and was worried her probation officer was going to be involved.

On June 13, 2024, Ms. Winner reported to the probation office as directed and admitted she went to Brews and Cues the night prior with her cousin.

2     **Special Condition #4**: You must enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** Ms. Winnier is alleged to be in violation of her conditions of supervised release by consuming alcohol on/or before June 13, 2024.

On June 13, 2024, Ms. Winner reported to the probation office as directed and admitted to consuming two alcoholic beverages the night prior. Ms. Winner reported she drank two tequila sunrises.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/14/2024

s/Phil J. Casey

Phil J. Casey
U.S. Probation Officer

Prob12C
Re: Winnier, Odessa
June 14, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

6/14/2024
Date